UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -

ARIAN ALI,

             Defendant.

24-cr-109 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The next conference in this matter is scheduled for **March 26, 2024**, at **11:30 a.m.**

Because a continuance is needed to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **March 21, 2024**, until **March 26, 2024**, from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:    New York, New York
            March 21, 2024

                                      John G. Koeltl
                               United States District Judge