UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

          -against-

ARIAN ALI,

                  Defendant.
-------------------------------------------------------------X

24 cr 109 (JGK)

**ORDER**

      For the reasons stated on the record at a bail appeal, today, the order of bail for defendant Arian Ali, set by Magistrate Judge Gary Stein on March 19, 2024, is affirmed by this Court.

**SO ORDERED.**

                                                    JOHN G. KOELTL
                                       UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         March 26, 2024