UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                                  24 cr 109 (JGK)

ARIAN ALI,
                Defendant.
------------------------------------------------------------X

The Court, in a proceeding, today, appointed Jeremy Schneider, Esq., as counsel for the defendant, Arian Ali, for purposes pursuant to United States v. Curcio, 694 F. 2d 14, 27 (2d Cir. 1982).

**SO ORDERED.**

                                                              **JOHN G. KOELTL**
                                                   **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       October 9, 2024