UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

                -against-

ARIAN ALI,

                    Defendant.

-------------------------------------------------------------X

24 cr 109 (JGK)

**ORDER OF REMAND**

For the reasons stated, today, the defendant, Arian Ali, is hereby remanded to the custody of the Bureau of Prisons and United States Marshal, pending sentence.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       March 17, 2026