UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

        - against -                24-cr-109-3 (JGK)

ARIAN ALI,                      ORDER

                Defendant.

---

JOHN G. KOELTL, District Judge:

Mr. Ali's sentencing is scheduled for **Wednesday, July 1, 2026, at 3:00 p.m.** Mr. Ali's sentencing submissions are due by **Wednesday, June 17, 2026.** The Government's sentencing submissions are due by **Tuesday, June 23, 2026.**

SO ORDERED.

Dated:    New York, New York
          March 17, 2026

                              John G. Koeltl
                        United States District Judge